UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Durham Division

**CRAIG CUNNINGHAM,** on behalf of himself and all others similarly situated,

        Plaintiff,        1:17 CV 00024

-vs.-

**SHOPPERLOCAL, LLC**,

        Defendant.

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between all parties to this case, through their respective attorneys, that Plaintiff's individual claims are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The proposed class has not been certified, and, therefore, any proposed class claims are dismissed without prejudice. Each party to bear its own attorney's fees, expenses and costs.

Dated: August 7, 2018

BY: /s/Aytan Y. Bellin
Aytan Y. Bellin
BELLIN & ASSOCIATES LLC
50 Main Street, Suite 1000
White Plains, NY 10606
(914) 358-5345
aytan.bellin@bellinlaw.com

BY: /s/Matthew Nis Leerberg
Matthew Nis Leerberg
SMITH MOORE
LEATHERWOOD LLP
434 Fayetteville St. Suite 2800
Raleigh, NC 27601
(919) 755-8759

1

*Attorneys for Plaintiff*                  matt.leerberg@smithmoorelaw.com
                                                                                    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I, Aytan Y. Bellin, certify that on August 9, 2018, I served the foregoing on all counsel of record by filing it with the Court by ECF.

                                          /s/ Aytan Y. Bellin
                                          AYTAN Y. BELLIN, ESQ.